

United States Courts
Southern District of Texas
FILED
OCT 04 2017
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § § § | CRIMINAL NO. 17 CR 58 8 |
| EDDIE LARUE<br>Defendant. | § § § | |

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking of a Minor)

From on or about June 2 - 4, 2017, in the Southern District of Texas,

### EDDIE LARUE

defendant herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor female known as JANE DOE, who was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means JANE DOE, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause JANE DOE to engage in a commercial sex act, and that (2) JANE DOE, whom defendant had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex.

**In violation of Title 18, United States Code, Section 1591(a), (b), and (c)**

## NOTICE OF FORFEITURE
## (18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendant,

### EDDIE LARUE

that in the event of conviction of the offense charged in this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

### Money Judgment

Defendant is notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

### Substitute Assets

Defendant is notified in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A True Bill:

Original Signature on File

/Grand Jury Foreperson/

ABE MARTINEZ
Acting United States Attorney

By: /s/ Sebastian A. Edwards

Sebastian A. Edwards
Assistant United States Attorney
713-567-9503