UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. 17-CR-588 |
| EDDIE LARUE<br>Defendant. | § § § | |

## PROTECTIVE ORDER

Having reviewed the Government's Motion for a Protective Order, and good cause appearing, IT IS HEREBY ORDERED that all persons connected to these criminal proceedings and acting in this case in an applicable capacity shall:

1. Keep all documents that disclose the name or any other information concerning the alleged victim referred to as JANE DOE in the indictment, and any other minors referred to in any materials provided in discovery, in a secured place to which no person who does not have reason to know their contents has access; and

2. Disclose such documents or the information in them that concerns the alleged victim referred to as JANE DOE in the indictment, and any other minors referred to in any materials provided in discovery, only to persons who, by reason of their participation in the proceeding, have reason to know such information;

IT IS FURTHER ORDERED that all papers to be filed with the court that disclose the name of or any other information concerning any potential witnesses under the age of 18 and the alleged victim referred to as JANE DOE in the indictment shall be filed both in a redacted form viewable by the public and in an unredacted form to be filed under seal without the necessity of obtaining a court order.

IT IS FURTHER ORDERED that counsel for the government and counsel for defendant shall provide one another a copy of each unredacted pleading filed in this case, provided that such

pleading is not filed in camera.

DATED: Nov. 1, 2017

                                              SIM LAKE
                                              UNITED STATES DISTRICT JUDGE