United States District Court
Southern District of Texas
FILED

OCT 11 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | Criminal Action No.: H-4:17-cr-00588 |
| EDDIE LARUE | § § § | |
| Defendant. | § § | |

**PROFFER**

On the night of June 2, 2017, 12-year old minor victim Jane Doe (DOB 06/15/2004), ran away from home and went to the Fondren and South Main area of Houston. At approximately 2 a.m. on July 3, she met the Defendant, Eddie Larue, in the parking lot of a gas station when he stopped and picked her up in his car. The Defendant asked Jane Doe if she needed a place to stay, and she responded, "Yes." The Defendant then took Jane Doe to a nearby Motel 8, an establishment in and affecting interstate commerce, where they stayed until the following morning. The Defendant put the hotel room in his name.

At approximately 7 a.m., the Defendant woke up and told Jane Doe that they were going to make some money. He then took her to the "Track" on Bissonnet St. and gave her instructions regarding where to walk and how much to charge for each commercial sex act. From approximately 8 a.m. to 11 p.m., Jane Doe engaged in three or four commercial sex acts for a total of approximately $200. While Jane Doe was soliciting commercial sex dates in the Bissonnet St. area, the Defendant monitored her activities and gave instructions by calling her and sending her text messages.

Throughout the day, the Defendant picked up Jane Doe from Bissonnet St. On one occasion, the Defendant took Jane Doe to a beauty supply store in order to buy a pair of fluffy

slippers after her shoe broke. On at least two occasions, the Defendant picked up Jane Doe from the "Track" so she could take a shower at the Frontier Inn, an establishment in and affecting interstate commerce, near the Bissonnet St. area. The Defendant put the room in his name. At the end of the night, the Defendant picked up Jane Doe and took all the money she made engaging in commercial sex acts.

The next morning, the Defendant again took Jane Doe to the "Track" and told her that she needed to make another $200 dollars. Jane Doe walked in and around the Bissonnet St. area that morning but did not engage in commercial sex. After she returned to the Frontier Inn, Jane Doe told the Defendant that she did not want to return to Bissonnet St. Jane Doe used MOCOSPACE, a mobile app, to contact an adult male who she pretended was a customer. The adult male picked her up at the Frontier Inn and took her away from the Defendant.

During the period in which the Defendant was trafficking Jane Doe for sex, he also choked and slapped her. The Defendant had a reasonable opportunity to observe Jane Doe and believed she was underage. The events described herein occurred within the Southern District of Texas.

_____
Atty for Defendant
Andrew Williams

_____
Sebastian A. Edwards
Counsel for Government
Oct 11, 2018

_____
Defendant